# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID CHARLES RADONSKI,
Petitioner,
vs.
THE JUSTICE COURT OF SPARKS
TOWNSHIP, IN AND FOR THE
COUNTY OF WASHOE; AND THE
HONORABLE JESSICA L. LONGLEY,
JUSTICE OF THE PEACE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 76866



FILED

OCT 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a writ of mandamus challenges the amount of bail set in the justice court. The records before this court indicate that a preliminary hearing was scheduled for October 8, 2018. The publicly available docket entries for the Second Judicial District Court indicate that petitioner has been bound over to the district court and is scheduled to be arraigned on October 23, 2018. *See* https://www.washoecourts.com/Query/CaseInformation/CR18-1731. Because the matter of bail may be reconsidered in the district court, we deny the petition as moot. *See Martinez-Hernandez v.* State, 132 Nev., Op. 61, 380 P.3d 861 (2016) ("Cases presenting real controversies at the time of their institution may become moot by the happening of subsequent events."); *see also Binegar v. Eighth Judicial Dist. Court,* 112 Nev. 544, 548-49, 915 P.2d 889, 892 (1996)

18- 40900

(recognizing that an exception to the mootness doctrine for cases which are capable of repetition, yet evading review).[1] Accordingly, we

ORDER the petition DENIED.

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:    Hon. Jessica Longley, Justice of the Peace
Hon. Kathleen Drakulich, District Judge
Washoe County Public Defender
Attorney General/Carson City
Washoe County District Attorney
Sparks Justice Court Clerk
Second District Court Clerk

---

[1]If the information in the publicly available domain is in error, petitioner may inform this court of this fact in a petition seeking rehearing. *See* NRAP 40(c).